**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

# UNITED STATES DISTRICT COURT

### for the

### District of Nevada

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL,<br><br>*Plaintiff,*<br><br>V.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>*Defendant,* | Civil Action No.<br>2:19-cv-00303-GMN-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WESTCOR LAND TITLE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL and Defendant WESTCOR LAND TITLE INSURANCE COMPANY, by and through their respective attorneys of record, that Defendant may have an extension of time up to and

including April 11, 2019 to respond to Plaintiff's Complaint.

Defendant is asking for this extension because counsel has been recently retained and requires additional time to assess and respond to Plaintiff's complaint.

DATED this 20th day of March, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Robbins, Esq.
_____
LINDSAY D. ROBBINS, ESQ.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for Plaintiff,
Deutsche Bank National Trust Company, As Trustee For The Holders Of GSAMP Trust 2005-Ahl Mortgage pass-Through Certificates, Series 2005-Ahl

DATED this ___ day of March, 2019.

RESNICK & LOUIS, P.C.

_____
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Attorneys for Defendant,
Westcor Land Title Insurance Company

**ORDER**

IT IS HEREBY ORDERED that Defendant, WESTCOR LAND TITLE INSURANCE COMPANY, is granted an extension, up to and including April 11, 2019 to respond to Plaintiff's Complaint.

DATED: March 21, 2019

_____
UNITED STATES MAGISTRATE JUDGE

**Respectfully Submitted By:**

**RESNICK & LOUIS, P.C.**

_____
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Attorneys for Defendant,
*Westcor Land Title Insurance Company*