WRIGHT, FINLAY & ZAK, LLP
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee For The Holders of GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00303-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[First Request]** |

Plaintiff, Deutsche Bank National Trust Company, As Trustee For The Holders of GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL ("Deutsche Bank"), and Westcor Land title Insurance Company ("Westcor"), by and through their respective attorneys of records, and hereby agree and stipulate as follows.

1. On April 9, 2019, Westcor filed a Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(B)(6) [ECF No. 7] ("Motion");

2. Deutsche Bank's response to Westcor's Motion is due April 23, 2019;

3. Deutsche Bank's counsel is requesting an additional seven (7) days to file its response to Westcor's Motion, and thus requests up to April 30, 2019, to file an Opposition;

4. This extension is requested to allow Counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in Westcor's Motion.

5. Counsel for Westcor does not oppose this extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 22nd of April, 2019. | DATED this 22nd of April, 2019. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | RESNICK & LOUIS, P.C. |
| */s/ Lindsay D. Robbins* <br> Christopher A.J. Swift, Esq. <br> Nevada Bar No. 11291 <br> Lindsay D. Robbins, Esq. <br> Nevada Bar No. 13474 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 <br> *Attorneys for Plaintiff Deutsche Bank National Trust Company, As Trustee For The Holders of GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL* | */s/ Sue Trazig Cavaco* <br> Sue Trazig Cavaco, Esq. <br> Nevada Bar No. 6150 <br> Emily Navasca, Esq. <br> Nevada Bar No. 13202 <br> 8925 West Russel Rd., Suite 220 <br> Las Vegas, NV 89148 <br> *Attorneys for Defendant, Westcor Land Title Insurance Company* |

Case No.: 2:19-cv-00303-GMN-GWF

**ORDER**

**IT IS SO ORDERED.**

Dated this __29__ day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT