**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

# UNITED STATES DISTRICT COURT

## for the

## District of Nevada

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL,<br><br>*Plaintiff,*<br><br>V.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>*Defendant,* | Civil Action No. 2:19-cv-00303-GMN-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WESTCOR LAND TITLE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**<br><br>[First Request] |

IT IS HEREBY STIPULATED by and between Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL ("Deutsche Bank") and Defendant WESTCOR LAND TITLE INSURANCE COMPANY ("Westcor"), by and through their respective attorneys of record stipulate as follows:

1

1. Westcor filed a Motion to Dismiss Plaintiff's Complaint Pursuant to FRCP 12(b)(6) ("MTD") on April 9, 2019. [Doc. 7].
2. Per stipulation and order, Deutsche Bank's response was due on or by April 30, 2019.
3. Deutsche Bank did indeed file its Opposition to the MTD on April 30, 2019. [Doc. 10].
4. Westcor's reply brief is currently due on or by May 7, 2019.
5. Westcor's counsel requests additional time to file its reply brief, specifically until May 17, 2019.
6. This extension is requested so as to afford Westcor's counsel enough time to review and respond to the Opposition [Doc. 10] based upon counsel's current caseload and schedule.
7. Counsel for Deutsche Bank does not oppose this continuance.
8. This is the first such request for an extension and is made in good faith.

**IT IS SO STIUPULATED.**

DATED this 6th day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Robbins, Esq.
_____
LINDSAY D. ROBBINS, ESQ.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Attorneys for Plaintiff,
Deutsche Bank National Trust Company, As Trustee for The Holders of GSAMP Trust 2005-Ahl Mortgage Pass-Through Certificates, Series 2005-Ahl

DATED this 6th day of May, 2019.

RESNICK & LOUIS, P.C.

*(signature)*

SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Attorneys for Defendant,
Westcor Land Title Insurance Company

Case No.: 2:19-cv-00303-GMN-GWF

## ORDER

IT IS HEREBY ORDERED that Defendant, WESTCOR LAND TITLE INSURANCE COMPANY, is granted an extension, up to and including May 17, 2019 to respond to Plaintiff's Opposition to Defendant's Motion to Dismiss.

DATED: this _7_ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**Respectfully Submitted By:**

**RESNICK & LOUIS, P.C.**

_____
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

3