1  WRIGHT, FINLAY & ZAK, LLP
   Matthew S. Carter, Esq.
2  Nevada Bar No. 9524
   Lindsay D. Robbins, Esq.
3  Nevada Bar No. 13474
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7967; Fax: (702) 946-1345
6  lrobbins@wrightlegal.net
   *Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee For The Holders of*
7  *GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL*

8

9              **UNITED STATES DISTRICT COURT**

10                   **DISTRICT OF NEVADA**

11 DEUTSCHE BANK NATIONAL TRUST          Case No.: 2:19-cv-00303-GMN-GWF
   COMPANY, AS TRUSTEE FOR THE
12 HOLDERS OF GSAMP TRUST 2005-AHL       **STIPULATION AND ORDER TO**
   MORTGAGE            PASS-THROUGH       **EXTEND  TIME TO RESPOND TO**
13 CERTIFICATES, SERIES 2005-AHL,        **DEFENDANT'S MOTION TO STAY**
                                         **LITIGATION PENDING RESOLUTION**
14           Plaintiff,                  **OF MOTION TO DISMISS [ECF No. 17]**

15      vs.                              **[Frist Request]**

16 WESTCOR   LAND   TITLE   INSURANCE
   COMPANY,
17           Defendant.

18

19      Plaintiff, Deutsche Bank National Trust Company, As Trustee For The Holders of

20 GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL (hereinafter

21 "Deutsche Bank"), and Defendant Westcor Land Title Insurance Company, ("Westcor"),

22 (collectively, the "Parties"), by and through their respective attorneys of records, hereby agree

23 and stipulate as follows.

24

25      1. On May 31, 2019, Westcor filed a Notice of Motion and Motion to Stay Litigation

26         Pending Resolution of Motion to Dismiss [ECF No. 17] ("Motion");

27      2. Deutsche Bank's response to Westcor's Motion is due June 14, 2019;

28

3. Deutsche Bank's counsel is requesting an additional seven (7) days to file its response to Westcor's Motion, and thus requests up to June 21, 2019, to file an Opposition;

4. This extension is requested to allow Counsel for Deutsche Bank additional time to review and respond to the points and authorities cited to in Westcor's Motion.

5. Counsel for Westcor does not oppose this extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 6th day of June, 2019.

DATED this 6th day of June, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

**RESNICK & LOUIS, P.C.**

*/s/ Lindsay D. Robbins*
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff Deutsche Bank*
*National Trust Company, As Trustee For*
*The Holders of GSAMP Trust 2005-AHL*
*Mortgage Pass-Through Certificates,*
*Series 2005-AHL*

*/s/ Sue Trazig Cavaco*
Sue Trazig Cavaco, Esq.
Nevada Bar No. 6150
Emily Navasca, Esq.
Nevada Bar No. 13202
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
*Attorneys for Defendant, Westcor Land Title*
*Insurance Company*

Case No.: 2:19-cv-00303-GMN-GWF

**ORDER**

**IT IS SO ORDERED.**

DATED this 10 day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT