**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

## UNITED STATES DISTRICT COURT

### for the

### District of Nevada

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL,<br><br>*Plaintiff,*<br><br>V.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>*Defendant,* | Civil Action No.<br>2:19-cv-00303-GMN-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WESTCOR LAND TITLE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY LITIGATION PENDING RESOLUTION OF MOTION TO DISMISS [ECF NO. 7]**<br><br>(First Request) |

IT IS HEREBY STIPULATED by and between Plaintiff DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL and Defendant WESTCOR LAND TITLE INSURANCE COMPANY, by and through their respective attorneys of record, stipulate as follows:

1

1. Westcor filed a Motion to Stay Litigation Pending Resolution of Motion to Dismiss [ECF No. 7] ("Motion to Stay") on May 31, 2019. [Doc. 17].
2. Per Stipulation and Order, Deutsche Bank's response was due on or by June 21, 2019.
3. Deutsche Bank did indeed file its Opposition to the Motion to Stay on June 21, 2019. [Doc. 21].
4. Westcor's reply brief is due on or by June 28, 2019.
5. Westcor's counsel requests additional time to file its reply brief, specifically until July 8, 2019.
6. This extension is requested so as to afford Westcor's counsel enough time to review and respond to the Opposition [Doc. 21] based upon counsel's current caseload and schedule.
7. Counsel for Deutsche Bank does not oppose this continuance.
8. This is the first such request for an extension and is made in good faith.

**IT IS SO STIUPULATED.**

| | |
|---|---|
| DATED this 26th day of June, 2019. | DATED this 26th day of June, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | RESNICK & LOUIS, P.C. |
| /s/ Lindsay D. Robbins, Esq. | /s/ Sue Trazig Cavaco, Esq. |
| LINDSAY D. ROBBINS, ESQ.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>Attorneys for Plaintiff,<br>Deutsche Bank National Trust Company, As Trustee For The Holders Of GSAMP Trust 2005-Ahl Mortgage pass-Through Certificates, Series 2005-Ahl | SUE TRAZIG CAVACO, ESQ.<br>Nevada Bar No. 6150<br>8925 West Russell Rd., Suite 220<br>Las Vegas, NV 89148<br>Attorneys for Defendant,<br>Westcor Land Title Insurance Company |

**ORDER**

IT IS HEREBY ORDERED that Defendant, WESTCOR LAND TITLE INSURANCE COMPANY, is granted an extension, up to and including July 8, 2019 to respond to Plaintiff's Opposition to Defendant's Motion to Stay Litigation Pending Resolution of Motion to Dismiss [ECF No. 17].

DATED this 28 day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**Respectfully Submitted By:**

**RESNICK & LOUIS, P.C.**

/s/ Sue Trazig Cavaco, Esq.
_____
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
8925 West Russell Rd., Suite 220
Las Vegas, NV  89148
Attorneys for Defendant,
*Westcor Land Title Insurance Company*