WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee For The Holders of GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL,<br><br>Plaintiff,<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 2:19-cv-00303-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO FILE SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 8] UNDER LR 7-2(G) [ECF No. 23]**<br><br>**[Second Request]** |

        Plaintiff Deutsche Bank National Trust Company, As Trustee For The Holders of

GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL ("Deutsche

Bank"), and Defendant Westcor Land Title Insurance Company, ("Westcor") (collectively, the

"Parties"), by and through their counsel of record, hereby agree and stipulate as follows.

        1.  On November 12, 2019, Westcor filed a Motion to File Supplemental Authority in

            Support of Motion to Dismiss [ECF No. 7] Under LR 7-2(g) [ECF No. 23];

        2.  Deutsche Bank's response to Westcor's Motion is due December 11, 2019;

3. Deutsche Bank's counsel is requesting an extension until December 18, 2019 to file its response to Westcor's Motion.

4. This extension is requested as Counsel for the Parties are currently investigating the potential of staying the litigation and/or discovery which would eliminate the need to file a response to Westcor's Motion, thus conserving on judicial resources.

5. Counsel for Westcor does not oppose the extension;

6. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 11^(th) day of December, 2019.       DATED this 11^(th) day of December, 2019.

**WRIGHT, FINLAY & ZAK, LLP**                   **RESNICK & LOUIS, P.C.**

*/s/ Lindsay D. Robbins*                        */s/ Sue Trazig Cavaco*
Lindsay D. Robbins, Esq.                        Sue Trazig Cavaco, Esq.
Nevada Bar No. 13474                            Nevada Bar No. 6150
7785 W. Sahara Ave., Suite 200                  Emily Navasca, Esq.
Las Vegas, NV 89117                             Nevada Bar No. 13202
*Attorney for Plaintiff Deutsche Bank*          8925 West Russel Rd., Suite 220
*National Trust Company, As Trustee For*        Las Vegas, NV 89148
*The Holders of GSAMP Trust 2005-AHL*           *Attorneys for Defendant, Westcor Land Title*
*Mortgage Pass-Through Certificates,*           *Insurance Company*
*Series 2005-AHL*

**IT IS SO ORDERED.**

   Dated this 12th day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE