**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russel Rd., Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

**UNITED STATES DISTRICT COURT**

**for the**

**District of Nevada**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL,<br><br>*Plaintiff,*<br><br>V.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>*Defendant,* | Civil Action No.<br>2:19-cv-00303-GMN-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WESTCOR LAND TITLE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S OPPOSITON TO DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES AND COUNTERMOTION TO STAY LITIGATION [ECF NO. 42]**<br><br>(First Request) |

Plaintiff, Deutsche Bank National Trust Company, As Trustee For The Holders of GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL (hereinafter "Deutsche Bank"), and Defendant Westcor Land Title Insurance Company, ("Westcor"), (collectively, the "Parties"), by and through their respective attorneys of records, hereby agree and stipulate as follows.

1

1. On November 12, 2019, Westcor filed a Notice of Motion and Motion to file supplemental authority in support of Motion to Dismiss [ECF No. 7] ("Motion");

2. Deutsche Bank's response to Westcor's Motion was filed on December 18, 2019;

3. Westcor's reply to the response and countermotion is due December 25, 2019;

4. Westcor's counsel is requesting additional time to file its reply to Deutsche Bank's response and respond to the countermotion, and thus requests up to January 10, 2020, to file these documents;

4. This extension is requested to allow Counsel for Westcor additional time to review and respond to the points and authorities cited to in Deutsche Bank's response and the countermotion in light of the holidays.

5. Counsel for Deutsche Bank does not oppose this extension;

6. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 24th day of December, 2019. | DATED this 24th day of December, 2019. |
| WRIGHT, FINLAY & ZAK, LLP | RESNICK & LOUIS, P.C. |
| */s/Lindsay D. Robbins* | */s/Sue Trazig Cavaco* |
| _____ | _____ |
| LINDSAY D. ROBBINS, ESQ. | SUE TRAZIG CAVACO, ESQ. |
| Nevada Bar No. 13474 | Nevada Bar No. 6150 |
| 7785 W. Sahara Ave., Suite 200 | 8925 West Russell Rd., Suite 220 |
| Las Vegas, NV 89117 | Las Vegas, NV 89148 |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| Deutsche Bank National Trust Company, As Trustee For The Holders Of GSAMP Trust 2005-Ahl Mortgage pass-Through Certificates, Series 2005-Ahl | Westcor Land Title Insurance Company |

**ORDER**

IT IS HEREBY ORDERED that Defendant, WESTCOR LAND TITLE INSURANCE COMPANY, is granted an extension, up to and including January 10, 2020 to address Deutsche Bank's response and respond to the countermotion [ECF No. 42].

Dated this 26 day of December, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court

**Respectfully Submitted By:**

**RESNICK & LOUIS, P.C.**

*/s/Sue Trazig Cavaco*
_____
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
8925 West Russell Rd., Suite 220
Las Vegas, NV 89148
Attorneys for Defendant,
*Westcor Land Title Insurance Company*