**RESNICK & LOUIS, P.C.**
SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 6150
scavaco@rlattorneys.com
8925 West Russel Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
Attorneys for Defendant,
*Westcor Land Title Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL,<br><br>*Plaintiff,*<br><br>V.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>*Defendant,* | Civil Action No. 2:19-cv-00303-GMN-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT WESTCOR LAND TITLE INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S OPPOSITON TO DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITIES AND COUNTERMOTION TO STAY LITIGATION [ECF NO. 42]**<br><br>**(Second Request)** |

Plaintiff, Deutsche Bank National Trust Company, As Trustee For The Holders of GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL (hereinafter "Deutsche Bank"), and Defendant Westcor Land Title Insurance Company, ("Westcor"), (collectively, the "Parties"), by and through their respective attorneys of records, hereby agree and stipulate as follows:

1

1. On November 12, 2019, Westcor filed a Notice of Motion and Motion to File Supplemental Authority [ECF No. 28] in support of Motion to Dismiss [ECF No. 7] ("Motion");

2. Deutsche Bank filed its Opposition [ECF No. 41] to Westcor's Motion and Countermotion to Stay Litigation [ECF No. 42] December 18, 2019;

3. Westcor's Reply and Response to the Countermotion was due on December 25, 2019 (hereinafter "Responses");

4. On December 24, 2019, a First Stipulation and Order extending the time for Westcor's Responses [ECF No. 43] was filed due to the upcoming holidays.

5. On December 26, 2020 the Court granted this request, allowing Westcor up to January 10, 2020, to file its Responses [ECF No. 44];

6. Westcor is currently considering whether a stipulation to stay litigation pending the appeal to the Ninth Circuit in a related matter is warranted in this case, which would no longer necessitate a response to the pending motions. However, counsel for Westcor needs additional time to discuss the proposed stipulation with its client representative.

7. As such, the Parties request an extension until January 17, 2020 for Westcor to file its Responses.

8. This extension is requested to allow Westcor to consider the proposed stipulation to stay litigation and if a stipulation cannot be reached, to review and respond to the points and authorities cited to in Deutsche Bank's Opposition and Countermotion.

9. Counsel for Deutsche Bank does not oppose this extension;

///

///

///

2

10. This is the second request for an extension, is made in good faith, and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 10th day of January, 2020.  DATED this 10th day of January, 2020.

WRIGHT, FINLAY & ZAK, LLP   RESNICK & LOUIS, P.C.

 /s/ Lindsay D. Robbins   /s/ Sue Trazig Cavaco

LINDSAY D. ROBBINS, ESQ.   SUE TRAZIG CAVACO, ESQ.
Nevada Bar No. 13474   Nevada Bar No. 6150
7785 W. Sahara Avenue, Suite 200   8925 West Russell Road, Suite 220
Las Vegas, NV 89117   Las Vegas, NV 89148
Attorneys for Plaintiff,   Attorneys for Defendant,
Deutsche Bank National Trust Company, As   Westcor Land Title Insurance Company
Trustee For The Holders Of GSAMP Trust
2005-Ahl Mortgage pass-Through Certificates,
Series 2005-Ahl

**ORDER**

**IT IS HEREBY ORDERED** that Defendant, WESTCOR LAND TITLE INSURANCE COMPANY, is granted an extension, up to and including January 17, 2020 to address Deutsche Bank's Opposition [ECF No. 41] and to respond to the Countermotion [ECF No. 42].

Dated this 10 day of January, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court