```
WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
```
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee For The Holders of GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF GSAMP TRUST 2005-AHL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AHL,<br><br>  Plaintiff<br><br>vs.<br><br>WESTCOR LAND TITLE INSURANCE COMPANY,<br><br>  Defendant | Case No.: 2:19-cv-00303-CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

Plaintiff Deutsche Bank National Trust Company, As Trustee For The Holders of GSAMP Trust 2005-AHL Mortgage Pass-Through Certificates, Series 2005-AHL and Defendant Westcor Land Title Insurance Company, by and through their counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 30th day of November, 2023.          DATED this 30th day of November, 2023.

WRIGHT, FINLAY & ZAK, LLP                       MAURICE WOOD

*/s/ Lindsay D. Dragon, Esq.*                   */s/ Brittany Wood, Esq.*
Lindsay D. Dragon, Esq.                         Brittany Wood, Esq.
Nevada Bar No. 13474                            Nevada Bar No. 7562
7785 W. Sahara Ave., Suite 200                  8250 West Charleston Blvd., Suite 100
Las Vegas, NV 89117                             Las Vegas, Nevada 89117
*Attorney for Plaintiff Deutsche Bank           Attorneys for Defendant, Westcor Land Title
National Trust Company, As Trustee For          Insurance Company*
The Holders of GSAMP Trust 2005-AHL
Mortgage Pass-Through Certificates,
Series 2005-AHL*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case. IT IS ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: December 1, 2023